UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WASHINGTON,<br><br>           Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTION, et al.,<br><br>           Defendants. | CASE NO. WD CV 09-4566-VAP (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: May 20, 2010 .

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\_194_LA09CV04566VAP(PJW)-WASHINGTON-R&R.wpd