UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL WASHINGTON, | ) | CASE NO. WD CV 09-4566-VAP (PJW) |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| DEPARTMENT OF CORRECTION, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>May 20, 2010</u>    .

*Virginia A. Phillips*
_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~1313278.wpd